# EXHIBIT A

# ESCALLATE LLC

5200 Stoneham Road, Suite 200 • North Canton, Ohio 44720 • office: (877) 397-9338 • fax: (330) 232-8169

April 7, 2014

Provider/Creditor: DENTALWORKS, INC
Account Nbr: 000559210-0-05/12/12
Balance Due: $134.00
Patient: ROSS, WALTER

Dear Walter Ross

This letter has been sent to you by Escallate, LLC a collection agency. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Our client, DENTALWORKS, INC has requested that we contact you regarding the outstanding balance due and owing on this account. As of the date of this letter, you owe the amount listed above. The amount shown is the remaining balance after any applicable insurance payments have been made and applied to your account.

You may use the lower portion of this letter to remit payment directly to DENTALWORKS, INC. If you have any questions call Patient Relations at 866-892-9275, during normal business hours.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

PHCRP12-20140307

ESCALLATE, LLC    Open M - Th 8:00a.m. - 9:00p.m. EST   Friday 8:00a.m. - 4:30p.m. EST
REMIT TO: DENTALWORKS, INC, PO BOX 643005, CINCINNATI OH 45264-3005

---

DENTALWORKS, INC
DEPT 101A
PO BOX 3521
AKRON OH 44309-3521

ADDRESS SERVICE REQUESTED

ESCALLATE/PHCRP12/1847P/10368391

☐ Please check box if address is incorrect or changed, and indicate change(s) on reverse side

DETACH AND RETURN THIS PORTION WITH PAYMENT

IF PAYING BY CREDIT CARD, PLEASE CHECK CARD AND FILL OUT BELOW

CARD NUMBER | CVC CODE
SIGNATURE | EXP. DATE

| LETTER DATE | BALANCE DUE | ACCOUNT NUMBER |
|---|---|---|
| April 7, 2014 | $134.00 | 000559210-0-05/12 |

SHOW AMOUNT PAID HERE  $

*******************3-DIGIT 606
446
WALTER ROSS
1755 N KARLOV AVE
CHICAGO IL 60639-4931

Remit To:
DENTALWORKS, INC
PO BOX 643005
CINCINNATI OH 45264-3005