**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WALTER ROSS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:15-cv-01062 |
| ESCALLATE, LLC, | ) | Judge Ruben Castillo |
| Defendant. | ) | Magistrate Judge Geraldine Soat Brown |

## JOINT STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), settlement, and by agreement of the parties, Plaintiff, Walter Ross, stipulates to the dismissal of claims against Defendant with prejudice and without costs.

WALTER ROSS, Plaintiff

By: */s/Lawrence Disparti*
Lawrence Disparti
Attorney for Plaintiff
100 North LaSalle St, Suite 1616
Chicago, IL 60602
Ph. 312.506.5511

ESCALLATE, INC., Defendant

By: */s/Palak N. Shah*
Palak N. Shah
Attorney for Defendant
David M. Schultz
Palak N. Shah
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
pshah@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the April 14, 2015, a copy of the forgoing pleading/paper was made upon each attorney of record via the Court's Electronic Filing System.

HINSHAW & CULBERTSON LLP

/s/Palak N. Shah